**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 25-122 (RBW) |
| | ) | |
| DION ZELLARS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the government's Motion for an Order to Disclose Grand Jury Testimony, ECF No. 9, it is hereby

**ORDERED** that the government's Motion for an Order to Disclose Grand Jury Testimony, ECF No. 9, is **GRANTED**. It is further

**ORDERED** that the government is permitted to disclose the necessary grand jury materials otherwise protected by Federal Rule of Criminal Procedure 6(e) in order to comply with its discovery obligations.

**SO ORDERED** this 6th day of May, 2025.

REGGIE B. WALTON
United States District Court Judge